

**VIA ELECTRONIC MAIL**

January 9, 2018

NameSilo LLC/PrivacyGuardian.org
1300 E. Missouri Avenue
Suite A-110
Phoenix, AZ 85014

Case: 1:18-mc-00002
Assigned To : Unassigned
Assign. Date : 1/9/2018
Description: Misc.

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States.

We have determined that a user of your system or network has infringed our member record companies' copyrighted sound recordings.

Enclosed is a subpoena compliant with the Digital Millennium Copyright Act. The subpoena requires that you provide the RIAA with information concerning the individual offering infringing material described in the attached notice.

As is stated in the attached subpoena, you are required to disclose to the RIAA information sufficient to identify the infringer. This would include the individual's IP address and e-mail address.

Thank you for your cooperation in this matter. If you have any questions please feel free to contact me via email at antipiracy@riaa.com, via telephone at (202) 775-0101, or via mail at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy



## VIA ELECTRONIC MAIL

January 9, 2018

NameSilo LLC/PrivacyGuardian.org
1300 E. Missouri Avenue
Suite A-110
Phoenix, AZ 85014

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet.

We believe your service is hosting the below-referenced domain name on its network. The website associated with this domain name offers files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL below. We have a good faith belief that the above-described activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We also ask that you consider the widespread and repeated infringing nature of the site operator(s)' conduct, and whether the site(s)' activities violate your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained.

You may contact me at RIAA, 1025 F Street N.W., 10th Floor, Washington, D.C., 20004, Tel. (202) 775-0101, or e-mail antipiracy@riaa.com, to discuss this notice. Thank you for your assistance in this matter.

Sincerely,

Mark McDevitt
Vice President, Online Anti-Piracy


J. Geils Band – "Centerfold"
https://mp3_1.bajaryoutube.com/dl.php/mp3/files/_/X/Centerfold__XsUVTlyIE4.mp3?h=u5P6u_u1Ml3F0-n5WNZ-tg&s=1515468666

New Edition – "If It Isn't Love"
https://mp3_2_1.bajaryoutube.com/dl.php/mp3/files/f/-/If_It_Isnt_Love_f-aYXnDxQOE.mp3?h=9OFVWNxIbcfGw1aY3hCacg&s=1515468624

Deee-Lite – "Groove Is In The Heart"
https://mp3_4.bajaryoutube.com/dl.php/mp3/files/z/t/Groove_Is_In_The_Heart_ztdqlta_3rE.mp3?h=zQ0L5Q8mI5D8XWw8LTH70g&s=1515450578

Nu Shooz – "I Can't Wait"
https://mp3_2_2.bajaryoutube.com/dl.php/mp3/files/i/N/I_Cant_Wait_iNngC1Ea2rA.mp3?h=eL5Ty1BT3NSQIWXtPFiGPg&s=1515450167

Miami Sound Machine – "Conga"
https://mp3_4.bajaryoutube.com/dl.php/mp3/files/V/V/Conga_VVRHtUes7go.mp3?h=YxnamX6j_hZ41ihJmvNuvQ&s=1515450516

New Kids On The Block – "Step By Step"
https://mp3_1.bajaryoutube.com/dl.php/mp3/files/a/y/New_Kids_On_The_Block_-_Step_By_Step_ay6GjmiJTPM.mp3?h=_QpeEdPcvQDf84qCWv3HOw&s=1515468613

# DECLARATION OF MARK MCDEVITT

THE DISTRICT OF COLUMBIA ) s.s.:
)
)

Case: 1:18-mc-00002
Assigned To : Unassigned
Assign. Date : 1/9/2018
Description: Misc.

I, Mark McDevitt, the undersigned, declare that:

1. I am a Vice President, Online Anti-Piracy for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2. The RIAA is requesting the attached proposed subpoena that would order NameSilo LLC/PrivacyGuardian.org disclose the identity, including IP address, of the user operating at the following domain:

    bajaryoutube.com

3. The purpose for which this subpoena is sought is to obtain the identity of the individual assigned to this domain who has reproduced and has offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on January 9, 2018.

_____
Mark McDevitt